UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JENNIFER M. PROBST, individually,
and as Representatives of a Class of
Participants and Beneficiaries of
The Lilly Employee 401(k) Plan,

      Plaintiff,                    Case No.

      v.                          CLASS ACTION COMPLAINT
                                FOR CLAIMS UNDER
ELI LILLY AND COMPANY          29 U.S.C. 1132(A)(2)

      and

BOARD OF DIRECTORS OF ELI LILLY
AND COMPANY, DAVID A. RICKS,
RALPH ALVAREZ, KATHERINE BAICKER,
J. ERIK FRYWALD, MARY LYNNE HEDLEY,
JAMERE JACKSON, KIMBERLY H.
JOHNSON, WILLIAM G. KAELIN, JR., JUAN
LUCIANO, MARSCHALL S. RUNGE,
GABRIELLE SULZBERGER, JACKSON P.
TAI, AND KAREN WALKER

      and

ELI LILLY AND COMPANY EMPLOYEE
BENEFIT COMMITTEE AND STACEY
M. ROBERSON

      Defendants

---

## CIVIL COVER SHEET ATTACHMENT

Plaintiff:     Jennifer M. Probst, individually, and as Representative of a Class of Participants and Beneficiaries of the Lilly Employee 401(k) Plan.

Attorneys for the Plaintiff:

Paul M. Secunda, Walcheske & Luzi, 235 Executive Dr., Suite 240, Brookfield, WI 53005 (414) 828-2372

Jeffrey A. Macey, Macey Swanson LLP, 445 N. Pennsylvania Street, Suite 401, Indianapolis, IN 46205 (317) 637-2345

Defendants:

Eli Lilly and Company, Board of Directors of Eli Lilly and Company, David A. Ricks, Ralph Alvarez, Katherine Baicker, J. Erik Frywald, Mary Lynne Hedley, Jamere Jackson, Kimberly H. Johnson, William G. Kaelin, Jr., Juan Luciano, Marschall S. Runger, Gabrielle Sulzberger, Jackson P. Tai and Karen Walker, and Elil Lilly and Company Employee Benefit Committee and Stacey M. Roberson.