**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

JENNIFER M. PROBST, individually, and as Representative of a Class of Participants and Beneficiaries of The Lilly Employee 401(k) Plan, situated,

Plaintiff,

v.

ELI LILLY AND COMPANY

and

BOARD OF DIRECTORS OF ELI LILLY AND COMPANY, DAVID A. RICKS, RALPH ALVAREZ, KATHERINE BAICKER, J. ERIK FYRWALD, MARY LYNNE HEDLEY, JAMERE JACKSON, KIMBERLY H. JOHNSON, WILLIAM G. KAELIN, JR., JUAN LUCIANO, MARSCHALL S. RUNGE, GABRIELLE SULZBERGER, JACKSON P. TAI, AND KAREN WALKER,

and

ELI LILLY AND COMPANY EMPLOYEE BENEFIT COMMITTEE AND STACEY M. ROBERSON,

Defendants.

Case No. 1:22-cv-1106-JMS-DLP

**ORDER GRANTING JOINT MOTION AND STIPULATION REGARDING DISMISSAL OF INDIVIDUAL DEFENDANTS**

The Court, having considered the parties' Joint Motion and Stipulation Regarding Dismissal of Individual Defendants, hereby grants the Joint Motion and the relief requested therein.

SO ORDERED

Date: 8/19/2022

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution to Counsel of Record