UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER M. PROBST, *Individually, and as Representative of a Class of Participants and Beneficiaries of The Lilly Employee 401(k) Plan*, <br><br> *Plaintiff*, <br><br> vs. <br><br> ELI LILLY AND COMPANY, BOARD OF DIRECTORS OF ELI LILLY AND COMPANY, ELI LILLY AND COMPANY EMPLOYEE BENEFIT COMMITTEE, and ELI LILLY AND COMPANY FUND ADVISORY COMMITTEE, <br><br> *Defendants*. | No. 1:22-cv-01106-JMS-MKK |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** against Plaintiff and in favor of Defendants. Plaintiff's individual claims are **DISMISSED WITH PREJUDICE** and her putative class claims are **DISMISSED WITHOUT PREJUDICE**.

Date: 2/3/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record**