# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER M. PROBST, individually and as representative of a class of participants and beneficiaries of The Lilly Employee 401(k) Plan,<br><br>   Plaintiff,<br><br> v.<br><br>ELI LILLY AND COMPANY,<br><br> and<br><br>BOARD OF DIRECTORS OF ELI LILLY AND COMPANY,<br><br> and<br><br>ELI LILLY AND COMPANY EMPLOYEE BENEFIT COMMITTEE<br><br> and<br><br>ELI LILLY AND COMPANY FUND ADVISORY COMMITTEE,<br><br>   Defendants. | Case No. 1:22-cv-1106-JMS-MKK |

### **DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS**

  Defendants Eli Lilly and Company, its Board of Directors, its Employee Benefits Committee, and its Fund Advisory Committee hereby move pursuant to 29 U.S.C. § 1132(g)(1) and LR 54-1 to recover a portion of their attorneys' fees and costs. The basis for this motion is set forth in the supporting memorandum and the accompanying exhibits. LR 7-1(g)(1)(A) does not apply because this is a post-judgment motion for attorneys' fees.

  WHEREFORE, Defendants respectfully request that this Court grant their motion for attorneys' fees and costs and award them $86,000 in fees, as well as any other appropriate relief.

Dated: February 21, 2023

Respectfully submitted,

By: /s/ Mark B. Blocker

Mark B. Blocker (admitted *pro hac vice*)
Eric S. Mattson (admitted *pro hac vice*)
Sidley Austin LLP
One South Dearborn St.
Chicago, Illinois 60603
Telephone: (312) 853-7000
Fax: (312) 853-7036
mblocker@sidley.com
emattson@sidley.com

Christopher J. Bayh (No. 31880-29)
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204-3535
Telephone: (317) 231-7449
Fax: (317) 231-7433
chris.bayh@btlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 21, 2023, the foregoing Defendants' Motion for Attorneys' Fees and Costs was filed via the Court's CM/ECF system, which will send notification to all counsel of record.

/s/ Mark B. Blocker
Mark B. Blocker